**E-Filed 4/14/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>PERRY OLSEN,<br><br>  Defendant. | Case Number CV 10-0056 JF (PVT)<br><br>**ORDER RE DEFENDANT'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Docket Nos. 18, 20 |

   Defendant Perry Olsen ("Defendant") has requested that the Court continue the case management conference ("CMC") currently scheduled for April 23, 2010.  A hearing on Defendant's motion to dismiss or stay also is scheduled for April 23.  Defendant contends that if the Court were to grant his motion, a CMC and the related additional attorney's fees incurred would be unnecessary.  Plaintiff The Standard Fire Insurance Company ("Plaintiff") opposes the request.

   The Court frequently conducts a CMC immediately following a motion hearing.  If indeed the Court is inclined to grant Defendant's motion, the CMC will be very brief.  If the Court is inclined to deny the motion or to grant Plaintiff leave to amend its complaint, the presence of counsel immediately following the hearing to discuss case management issues will save time and expense for both parties.  Accordingly, Defendant's request is DENIED.

Case Number CV 10-0056 JF (PVT)
ORDER RE DEFENDANT'S REQUEST TO CONTINUE THE SCHEDULED CASE MANAGEMENT CONFERENCE
(JFLC1)

1  **IT IS SO ORDERED.**
2
3  DATED: 4/14/10
4
5
6  _____
   JEREMY FOGEL
7  United States District Judge
8

2
Case Number CV 10-0056 JF (PVT)
ORDER RE DEFENDANT'S REQUEST TO CONTINUE THE SCHEDULED CASE MANAGEMENT CONFERENCE
(JFLC1)