Frederick H. Ebey, Esq., SBN 33802
Rebecca Connolly, Esq,. SBN 145482
GRUNSKY, EBEY, FARRAR & HOWELL
A Professional Corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831)722-2444
Facsimile  (831)722-6153

Attorneys for Defendant PERRY OLSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, a corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>PERRY OLSEN, an individual,<br><br>  Defendant. | No.  CV 10-0056 JF<br><br>**STIPULATION AND [proposed] ORDER EXTENDING MEDIATION DEADLINE**<br><br>**The Honorable Jeremy Fogel** |

The undersigned parties hereby stipulate that good cause exists for extending the 90-day deadline to complete the mediation session set by ADR L.R. 6-4 based upon this Court's April 26, 2010 order by an additional 66 days.  The current deadline is July 26, 2010.   Due to the vacation schedule of defendant Olsen in mid-July and based upon the proposed hearing of plaintiff's appraisal motion in state court in mid-August, the parties believe that the case will be in the best position to settle sometime after August 19, 2010.

Accordingly, the parties jointly request that the deadline set by ADR L.R. 6-4 be extended an

W:\WORD\OLSP20190\pleadings\stip-continue061410.doc
**The Standard Fire Ins. Co. v. Perry Olsen, C 10-0056 JF**
**STIPULATION AND [proposed] ORDER EXTENDING MEDIATION DEADLINE**

1  additional 66 days up to and including September 30, 2010.

2      IT IS SO STIPULATED:

3

4  DATED:   June 15, 2010                    GIBSON, ROBB & LIND, LLP

5                                               By   */s/ Marisa G. Huber*

6                                                 Marisa G. Huber, Attorneys for Plaintiff

7

8  DATED:   June 14, 2010                      GRUNSKY, EBEY, FARRAR & HOWELL APC

9

10                                               By   */s/ Rebecca Connolly*

11                                               Rebecca Connolly, Attorneys for Defendant

12

13      PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the mediation deadline

14  under ADR Local Rule 6-4 is extended and that the parties shall complete mediation on or before

15  September 30, 2010.

16

17  DATED:   6/23/10                                      _____

18                                                 Jeremy Fogel
                                               United States District Judge

19

20

21

22

23

24

25

26

27

28

- 2 -

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rebecca Connolly, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of June, 2010, at Watsonville, California.

By:   */s/ Rebecca Connolly*

Rebecca Connolly

W:\WORD\OLSP20190\pleadings\stip-continue061410.doc
**The Standard Fire Ins. Co. v. Perry Olsen, C 10-0056 JF**
**STIPULATION AND [proposed] ORDER EXTENDING MEDIATION DEADLINE**