1   G. GEOFFREY ROBB (131515)
    MARISA G. HUBER (254171)
2   GIBSON ROBB & LINDH LLP
    100 First Street, 27th Floor
3   San Francisco, California  94105
    Telephone:     (415) 348-6000
4   Facsimile:     (415) 348-6001
    Email:         grobb@gibsonrobb.com
5              mhuber@gibsonrobb.com

6   Attorneys for Plaintiff
    THE STANDARD FIRE INSURANCE COMPANY

7

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE

12

13  THE STANDARD FIRE INSURANCE       )   Case No. 5:10-cv-00056-LHK
    COMPANY, a corporation,           )
14                                    )
            Plaintiff,                )   **STIPULATION AND [PROPOSED] ORDER
15                                    )   EXTENDING MEDIATION DEADLINE**
                                      )
16  vs.                              )
                                      )
17                                    )
    PERRY OLSEN, an individual,       )   Trial Date:        None set
18                                    )   Complaint Filed:   January 6, 2010
            Defendant.                )
19  _____    )

20          The undersigned parties hereby stipulate that good cause exists for extending the current

21  deadline to complete the mediation session based upon this Court's June 28, 2010, order and as

22  continued by this Court's June 23, 2010, order by an additional 90 days.  The current deadline is

23  September 30, 2010.  Due to plaintiff THE STANDARD FIRE INSURANCE COMPANY's

24  motion to compel appraisal and for stay pending appraisal filed in state court, the state action

25  between the parties is currently stayed at least until August 19, 2010, when the state court hears

26  the motion.  Depending on the state court's ruling, the action may be stayed thereafter pending

27  the appraisal process.  The parties believe that the case will be in the best position to settle after

28  an appraisal, if ordered, and further discovery.

1    Accordingly, the parties jointly request that the September 30, 2010, deadline to mediate

2  be extended an additional 90 days up to and including December 30, 2010.

3

4    IT IS SO STIPULATED:

5                                          Respectfully submitted,

6
   Dated: August 3, 2010               GIBSON ROBB & LINDH LLP
7
                                          /S/ MARISA G. HUBER
8                                        Marisa G. Huber
                                         Attorney for Plaintiff
9                                        THE STANDARD FIRE INSURANCE COMPANY

10

11  Dated: August 3, 2010               GRUNSKY, EBEY, FARRAR & HOWELL

12
                                          /S/ REBECCA CONNOLLY
13                                       Rebeca Connolly
                                         Attorney for Defendant
14                                       PERRY OLSEN

15    Marisa G. Huber attests that concurrence in the filing of this document has been obtained

16  from each of the other signatories identified herein.

17

18    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the mediation

19  deadline is extended and that the parties shall complete mediation on or before December 30,

20  2010.

21

22  DATED: _August 11, 2010___          _____
                                        Lucy H. Koh
23                                       United States District Judge

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE
CASE NO:. 5:10-cv-00056-LHK; OUR FILE NO. 3513.91                    - 2 -