UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br>v.<br><br>PERRY OLSEN, an individual,<br><br>Defendant. | Case No.: 10-CV-00056-LHK<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE; ADMINISTRATIVELY CLOSING CASE |

As this case is currently stayed pending resolution of a parallel state court proceeding, the Court finds that there is no need to hold a Case Management Conference at this time. Accordingly, the Case Management Conference scheduled for Wednesday, February 9, 2011, is hereby VACATED. In addition, considering that the state court action itself is currently stayed pending completion of a court-ordered appraisal, the Court finds that the federal case should be administratively closed until the state court proceeding is resolved. The clerk is directed to ADMINISTRATIVELY CLOSE the file. Any party may move to reopen the federal action within 30 days after the state court proceeding is resolved or if other good cause appears to reopen the federal action and lift the stay.

**IT IS SO ORDERED.**

Dated: February 7, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00056-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE; ADMINISTRATIVELY CLOSING CASE